HUMPHREY McDOWELL v. STATE.

177 So. 612.
Division B.
Opinion Filed December 14, 1937.

*John B. Singeltary,* for Plaintiff in Error;

*Cary D. Landis,* Attorney General, and *Tyrus A. Norwood,* Assistant Attorney General, for the State.

Per Curiam.—This writ of error was taken to a judgment of conviction for murder in the third degree. The judgment thus brought before us for review must be reversed upon the authority of Bennett v. State, 127 Fla. 759, 173 So. 817, and the cases therein cited.

Reversed and remanded.

Whitfield, P. J., and Brown and Chapman, J. J., concur.

Ellis, C. J., and Terrell and Buford, J. J., concur in the opinion and judgment.